STATE OF NEW JERSEY v. MARGARET MC NEILL.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD O. JONES.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR LEE SUGGS.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC WILLIAMS.

May 18, 1976. Petition for certification granted. (See 139 *N. J. Super.* 290)

STATE OF NEW JERSEY v. SAMUEL LEE HUDSON.

May 18, 1976. Petition for certification denied. (See 139 *N. J. Super.* 360)

ELIZABETH MARY GAUGER v. JOHN JOSEPH GAUGER.

May 18, 1976. Petition for certification granted. (See 138 *N. J. Super.* 366)